COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | § | No. 08-15-00329-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | County Court at Law No. 5 |
| | § | |
| MERLINDA VIGIL, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF ANDREW PHILLIP VIGIL, | § | of El Paso County, Texas |
| | § | (TC#2015DCV2273) |
| | § | |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the Appellant's motion to vacate order and dismiss the appeal as moot and concludes the motion should be granted. We therefore grant the motion, vacate the trial court's order denying the special appearance, and dismiss the interlocutory appeal as moot. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF DECEMBER, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.